UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80572-CV-MARRA/MATTHEWMAN

MICHAEL IBEZIM,

     Plaintiff,

v.

GEO GROUP, INC.,

     Defendant.

_____/

FILED by _____ D.C.

SEP 19 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon Defendant, The GEO Group, Inc.'s ("Defendant") Motion to Compel Plaintiff to Respond to Defendant's First Set of Interrogatories and Request for Production of Documents ("Motion") [DE 13].   This matter was referred to the undersigned upon an Order referring all discovery matters to the undersigned for appropriate disposition.  *See* DE 10.

Defendant's Motion was filed on August 29, 2017.   Pursuant to this Court's Order Setting Discovery Procedure [DE 11], Plaintiff, Michael Ibezim's ("Plaintiff") response was due on or before September 6, 2017.   Plaintiff has not filed a timely response to the Motion.

The Court hereby **DIRECTS** Plaintiff to show cause on or before **September 25, 2017,** why Defendant's Motion to Compel Plaintiff to Respond to Defendant's First Set of Interrogatories and Request for Production of Documents [DE 13] should not be granted and why Rule 37(a)(5)(A) sanctions should not be imposed against Plaintiff and/or his counsel.

1

    **DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 19th day of September, 2017.

                       WILLIAM MATTHEWMAN
                       UNITED STATES MAGISTRATE JUDGE