UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80572-CIV-MARRA

MICHAEL IBEZIM,

        Plaintiff,

vs.

GEO GROUP, INC.,
a Florida corporation,

        Defendant.

_____/

## ORDER OF REFERENCE

In accordance with 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is hereby

**ORDERED** that Defendant's Motion to Tax Costs [DE 37] and any motions related thereto, is referred to the Honorable William Matthewman, United States Magistrate Judge for the Southern District of Florida, for appropriate resolution.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 7th day of August, 2018.

_____
KENNETH A. MARRA
United States District Judge