UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80572-CV-MARRA

MICHAEL IBEZIM,

                    Plaintiff,

vs.

GEO GROUP, INC., a Florida corporation,

                    Defendant.

_____/

## ORDER DENYING AMENDED EMERGENCY MOTION FOR STAY OF PROCEEDINGS

THIS CAUSE is before the Court upon Plaintiff's Amended Emergency Motion for Stay of Proceedings **[DE 69]**.   This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the motion is DENIED. Plaintiff has not provided any facts or circumstances which justifies this matter be treated on an emergency basis, nor has Plaintiff provided any grounds why a stay should be granted without him having to post a bond, which is the usual way for a judgment debtor to stay the effects of a money judgment.

DONE and ORDERED in West Palm Beach, Florida, this 15th day of April, 2019.

KENNETH A. MARRA
United States District Judge

Copies provided to:

All counsel