UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80572-CIV-MARRA

MICHAEL IBEZIM,

      Plaintiff,

vs.

GEO GROUP, INC.,
a Florida corporation,

      Defendant.

_____/

## ORDER COMPELLING COUNSEL TO COMPLETE FACT INFORMATION SHEET

**THIS CAUSE** is before the Court upon ATD Mediation & Arbitration P.A.'s Motion to Compel Plaintiff and Plaintiff's Counsel to Complete Fact Information Sheet in Aid of Execution Pursuant to Florida Rule of Civil Procedure 1.560 and 1.977 [DE 80] ("Motion").  The Court has carefully considered the Motion, response and reply, and is otherwise fully advised in the premises.

Plaintiff's counsel has not complied with Fed. R. Civ. P. 62(b) or S.D.L.R. 62.1 and posted a supersedeas bond.  Accordingly, ATD may pursue collection of the underlying judgment and is entitled to receive a completed fact information sheet from Plaintiff, Plaintiff's counsel and Plaintiff's counsel's law firm.  Therefore, it is hereby

**ORDERED AND ADJUDGED** that ATD Mediation & Arbitration P.A.'s Motion to Compel Plaintiff and Plaintiff's Counsel to Complete Fact Information Sheet in Aid of Execution Pursuant to Florida Rule of Civil Procedure 1.560 and 1.977 [DE 80] is

GRANTED.  Plaintiff Michael Ibezim, Plaintiff's counsel Emelike Nwosuocha and the Law firm of Emelike Nwosuocha P.A. shall complete form 1.977 and provide said form with all supporting documentation to ATD's counsel on or before July 19, 2019. Failure to comply with this Order may result in the Court finding Plaintiff Michael Ibezim, Plaintiff's counsel Emelike Nwosuocha and the Law firm of Emelike Nwosuocha P.A. in contempt of Court.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 3rd day of July, 2019.

KENNETH A. MARRA
United States District Judge