UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80572-CIV-MARRA

MICHAEL IBEZIM,

     Plaintiff,

vs.

GEO GROUP, INC.,
a Florida corporation,

     Defendant.

_____/

**ORDER GRANTING MOTION FOR ORDER TO
SHOW CAUSE AND REFERRAL TO MAGISTRATE**

**THIS CAUSE** is before the Court upon ATD Mediation and Arbitration P.A.'s

("ATD") Motion for Order to Show Cause as to Why Plaintiff Michael Ibezim, Plaintiff's

Counsel Emelike Nwosuocha and the Law Firm of Emelike Nwosuocha P.A. Should Not

be Held in Contempt of Court for Failing to Comply With This Court's Order [DE 86]

("Motion").  The Court has carefully considered the Motion and Notice of Filing

Supplemental Authority.  No response to the Motion has been filed and the time

permitted for doing so has past.

In accordance with Fed. R. Civ. P. 69(a), Florida Rule of Civil Procedure 1.560

and 1.977, the Court ordered Plaintiff Michael Ibezim, Plaintiff's counsel Emelike

Nwosuocha and the Law Firm of Emelike Nwosuocha P.A. to complete a fact

information sheet on or before July 19, 2019.  *See* DE 84.  The Court warned Plaintiff

and Plaintiff's counsel that "[f]ailure to comply with this Order may result in the

Court finding Plaintiff Michael Ibezim, Plaintiff's counsel Emelike Nwosuocha and the Law firm of Emelike Nwosuocha P.A. in contempt of Court." *Id*.

As of the filing of the instant Motion, Plaintiff and his counsel have failed to provide ATD with a completed fact information sheet for Plaintiff Michael Ibezim, Plaintiff's counsel Emelike Nwosuocha or the Law firm of Emelike Nwosuocha P.A. Instead, Plaintiff elected to file a "Motion to Stop Lower Court Order from Appellant Completing Fact Information Sheet" with the Eleventh Circuit, seeking a stay of the Court's Order requiring the completion of the fact information. *See* DE 87-1. On or about August 1, 2019, the Eleventh Circuit denied Plaintiff's motion "because he has not made the requisite showing." *Id*. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that ATD Mediation and Arbitration P.A.'s ("ATD") Motion for Order to Show Cause as to Why Plaintiff Michael Ibezim, Plaintiff's Counsel Emelike Nwosuocha and the Law Firm of Emelike Nwosuocha P.A. Should Not be Held in Contempt of Court for Failing to Comply With This Court's Order **[DE 86] is granted.**

In accordance with 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is further

**ORDERED AND ADJUDGED** that issuing an Order to Show Cause and the matter of contempt is **REFERRED** to United States Magistrate Judge William Matthewman for

appropriate disposition.

        **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County,

Florida, this 19th day of August, 2019.

                        KENNETH A. MARRA
                        United States District Judge