UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-80572-MARRA/MATTHEWMAN

MICHAEL IBEZIM,

        Plaintiff,

v.

GEO GROUP, INC.,
a Florida corporation,

        Defendant.

_____/

FILED BY_____ D.C.

AUG 19 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**<u>ORDER SETTING EVIDENTIARY HEARING ON ORDER TO SHOW CAUSE AND
POTENTIAL FURTHER SANCTIONS AGAINST PLAINTIFF, MICHAEL IBEZIM,
PLAINTIFF'S COUNSEL EMELIKE NWUSUOCHA, AND THE LAW FIRM OF
EMELIKE NWUSOUCHA, P.A.</u>**

**THIS CAUSE** is before the Court upon a referral from the Honorable Kenneth A. Marra, United States District Judge. *See* DE 88. Plaintiff, Michael Ibezim ("Plaintiff"), Plaintiff's counsel, Emelike Nwusuocha, Esq., and the Law Firm of Emelike Nwusoucha P.A. were all ordered to complete a fact information sheet on or before July 19, 2019. [DE 84]. They failed to do so. *Id.* at p. 2.

On August 19, 2019, Judge Marra entered an Order Granting Motion for Order to Show Cause and Referral to Magistrate [DE 88]. In that Order, Judge Marra granted ATD Mediation and Arbitration P.A.'s Motion for Order to Show Cause as to Why Plaintiff Michael Ibezim, Plaintiff's Counsel Emelike Nwusuocha and the Law Firm of Emelike Nwusoucha P.A. Should Not be Held in Contempt of Court for Failing to Comply with This Court's Order [DE 86]. *Id.* Judge Marra referred to the undersigned the matter whether to hold Plaintiff, his counsel, or his counsel's law

1

firm in contempt of court. *Id.* at p. 2.

Therefore, the Court is hereby setting an evidentiary hearing on the Court's Order Granting Motion for Order to Show Cause [DE 88] and the issue of whether Plaintiff, Plaintiff's counsel, and the law firm should be held in contempt of court and whether other additional sanctions should be imposed against them. It is hereby **ORDERED** as follows:

1. An evidentiary hearing is scheduled for **Tuesday, September 10, 2019, at 1:30 p.m. at 701 Clematis Street, Third Floor, Courtroom Six, West Palm Beach, Florida 33401.**

2. Plaintiff and Defendant shall be prepared to present argument and to introduce testimony and/or evidence establishing (1) whether Plaintiff, Plaintiff's attorney, or the attorney's law firm has completed a fact information sheet; (2) whether Plaintiff, Plaintiff's attorney, and the attorney's law firm have fully complied with the Court's July 3, 2019 Order [DE 84] and the date of compliance; (3) whether Plaintiff and Plaintiff's counsel should be held in contempt of court; and (4) what, if any, additional sanctions are appropriate against Plaintiff and Plaintiff's counsel.

3. Plaintiff, Michael Ibezim, and Emelike Nwuosuocha, Esq., are both required to appear in person at the evidentiary hearing. Counsel for Defendant is also required to appear in person. The Court will not permit any telephonic appearances.

4. Plaintiff, Plaintiff's counsel, and Plaintiff's counsel's law firm are hereby notified that the Court may impose sanctions against them. These sanctions include requiring them to pay attorney's fees and costs incurred by Defendant due to Plaintiff's failure to comply with the Court's Order. The Court also may hold Plaintiff, Plaintiff's counsel,

and Plaintiff's counsel's law firm in contempt of court. The Court may also order additional relief or sanctions.

DONE and ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida, this 19ᵗʰ day of August, 2019.

WILLIAM MATTHEWMAN
United States Magistrate Judge

3