UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-80572-MARRA/MATTHEWMAN

MICHAEL IBEZIM,

          Plaintiff,

v.

GEO GROUP, INC.,
a Florida corporation,

          Defendant.

_____/

FILED BY_____D.C.

SEP 11 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INTERIM ORDER ON CONTEMPT HEARING

**THIS CAUSE** is before the Court upon a referral from the Honorable Kenneth A. Marra, United States District Judge. *See* DE 88. Judge Marra specfically referred to the undersigned the matter of whether to hold Plaintiff, his counsel, or his counsel's law firm in contempt of court. *Id.* at p. 2.

On August 19, 2019, the Court entered an Order Setting Evidentiary Hearing on Order to Show Cause and Potential Further Sanctions Against Plaintiff, Michael Ibezim, Plaintiff's Counsel Emelike Nwusuocha, and the Law Firm of Emelike Nwusuocha, P.A. [DE 89]. The Court scheduled an evidentiary hearing for September 10, 2019. *Id.* at p. 2. The Court also required that Plaintiff and Mr. Nwusuocha appear in person at the evidentiary hearing. *Id.*

The Court held the evidentiary hearing on September 10, 2019. Emelike Nwusuocha, Esq., appeared at the hearing on his own behalf, on behalf of his law firm, and on behalf of Plaintiff. However, Plaintiff did not appear at the hearing. Counsel for ATD Mediation and Arbitration P.A.

1

also appeared. The Court took testimony and admitted ATD's three exhibits.

Mr. Nwusuocha represented to the Court and testified under oath that he has been unable to reach his client, Michael Ibezim, since the date of the mediation—May 29, 2018. Mr. Nwusuocha had a series of excuses as to why he did not comply with the Court's Order to complete a Fact Information Sheet on his own behalf and on behalf of his law firm. This case a long history of dilatory and obstructionist behavior by Plaintiff and Plaintiff's counsel. The Court reserves ruling on the contempt issue, however, pending further conduct by Mr. Nwusuocha and Plaintiff in this case. Specifically, Mr. Nwusuocha promised to complete the Fact Information Sheet in Aid of Execution (form 1.977) on both his behalf and on behalf of his law firm. Mr. Nwusuocha also promised to provide all supporting documentation to form 1.977 to ATD's counsel. Mr. Nwusuocha promised to make better attempts to contact his client The Court will allow Mr. Nwusuocha and Plaintiff a brief period of time to comply with their obligations, and with Plaintiff's counsel's promises and representations made to the Court, as specified below.

Based on the foregoing, and as stated in open court, it is hereby **ORDERED** as follows:

1. Mr. Nwusuocha and counsel for ATD shall continue to confer in good faith and attempt to resolve the outstanding judgment and payment thereof, per their representations at the hearing. If they resolve the judgment in all or in part, the parties shall promptly notify the Court.

2. On or before **September 17, 2019**, Mr. Nwuosuchoa is ORDERED to fully complete Fact Information Sheets in Aid of Execution (form 1.977) on both his behalf and on behalf of his law firm. Mr. Nwusuocha is also ORDERED to provide all supporting documentation to ATD's counsel on his own behalf and on behalf of his law firm.

2

3. A further hearing on contempt and sanctions is scheduled for **Wednesday, October 2, 2019, at 2:00 p.m.** at 701 Clematis Street, Third Floor, Courtroom Six, West Palm Beach, Florida 33401. If Plaintiff and Plaintiff's counsel fail to complete the Fact Information Sheets and fail to produce the supporting documents on or before September 17, 2019, the Court will proceed to further contempt and sanctions proceedings on October 2, 2019. Plaintiff, Michael Ibezim, and Emelike Nwuosuocha, Esq., are both required to appear in person at the hearing. Counsel for ATD is also required to appear in person. The Court will not permit any telephonic appearances.

4. The Court was quite surprised and dismayed to learn that Mr. Nwusuocha had not notified his client, Mr. Ibezim, of the September 10, 2019 hearing. On or before **September 17, 2019**, Mr. Nwuosuchoa is ORDERED to notify Michael Ibezim in writing, via mail or email, of the following: (1) the status of this matter; (2) the fact that Michael Ibezim has been required by this Court to complete a Fact Information Sheet and produce the supporting documentation; (3) the fact that Michael Ibezim has outstanding judgments against him; (4) and the fact that Michael Ibezim is required to be present at the October 2, 2019 hearing. Mr. Nwusuchoa shall also attempt to contact Michael Ibezim by telephone and provide this information to Plaintiff orally as well. Plaintiff, Michael Ibezim, is ordered once again to fully complete the Fact Information Sheet and produce to ATD's counsel all required documents.

5. Plaintiff, Plaintiff's counsel, and Plaintiff's counsel's law firm are hereby notified that the Court may impose sanctions against them at the October 2, 2019 hearing if the Court finds that they have failed to fully and completely comply with all of the Court's

Orders. These sanctions include requiring them to pay attorney's fees and costs incurred by ATD due to Plaintiff's failure to comply with the Court's Orders. The Court also may hold Plaintiff, Plaintiff's counsel, and Plaintiff's counsel's law firm in contempt of court. The Court may also order additional relief or sanctions, including referring Mr. Nwusuchoa to the Florida Bar and the Committee on Attorney Admissions, Peer Review, and Attorney Grievance for the Southern District of Florida. The Court explicitly reserves jurisdiction to impose additional attorney's fees and costs against Plaintiff, Plaintiff's counsel, and Plaintiff's counsel's law firm and to hold them in contempt or impose further sanctions.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 11 day of September, 2019.

WILLIAM MATTHEWMAN
United States Magistrate Judge

4