UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-80572-MARRA/MATTHEWMAN

MICHAEL IBEZIM,

        Plaintiff,

v.

GEO GROUP, INC.,
a Florida corporation,

        Defendant.

_____/

FILED BY _____ D.C.

OCT 02 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## ORDER HOLDING CONTINUATION OF CONTEMPT AND SHOW CAUSE HEARING IN ABEYANCE PENDING THE PARTIES' FILING OF A JOINT NOTICE

**THIS CAUSE** is before the Court upon a referral from the Honorable Kenneth A. Marra, United States District Judge. *See* DE 88. Judge Marra specfically referred to the undersigned the matter of whether to hold Plaintiff, his counsel, or his counsel's law firm in contempt of court. *Id.* at p. 2.

On September 10, 2019, the Court held an evidentiary show cause and contempt hearing against Plaintiff, Plaintiff's counsel, and Plaintiff's counsel's law firm. [DE 90]. The Court reserved ruling and scheduled a continuation of the contempt hearing against Plaintiff, Michael Ibezim, Plaintiff's counsel, Emelike Nwosuocha, Esq., and Plaintiff's counsel's law firm for 2:00 p.m. on October 2, 2019. [DEs 90, 93]. On October 2, 2019, at approximately 9:15 a.m., Plaintiff's counsel, Mr. Nwosuocha, telephoned the chambers of the undersigned stating that he was too ill to attend the October 2, 2019 contempt proceeding and was also too ill to file a motion to continue the contempt proceeding.

1

Upon receiving this information, the Court immediately scheduled a telephonic status conference on the matter for 2 p.m. on October 2, 2019. [DE 97]. At the telephonic conference, Mr. Nwosuocha explained that he was very ill at home. Additionally, he and Daniel Feld, Esq., counsel for ATD Mediation & Arbitration, P.A. ("ATD"), represented during the status conference that they are close to resolving the matter.

Based on the foregoing, and as stated in open court, it is hereby **ORDERED** as follows:

1. Plaintiff's counsel and counsel for ATD shall continue to confer in good faith and attempt to resolve all outstanding issues.

2. On or before **October 9, 2019**, counsel for Plaintiff and for ATD shall file a joint notice advising of the status of the matter.

3. Upon review of the joint notice, the Court will issue an order either scheduling a further hearing or will issue an order stating that a further hearing is unnecessary in light of the parties' resolution of the matter.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 2nd day of October, 2019.

WILLIAM MATTHEWMAN
United States Magistrate Judge

2