UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-80572-MARRA/MATTHEWMAN

MICHAEL IBEZIM,

        Plaintiff,

v.

GEO GROUP, INC.,
a Florida corporation,

        Defendant.

_____/

FILED BY _____ D.C.

OCT 10 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## ORDER APPOVING SETTLEMENT AGREEMENT AND HOLDING IN ABEYANCE THE CONTEMPT PROCEEDINGS

**THIS CAUSE** is before the Court upon a referral from the Honorable Kenneth A. Marra, United States District Judge. *See* DE 88. Judge Marra specifically referred to the undersigned the matter of whether to hold Plaintiff, his counsel, or his counsel's law firm in contempt of court. *Id.* at p. 2.

The Court has held several hearings in this case and has carefully reviewed the Joint Notice filed by ATD Mediation & Arbitration, P.A. ("ATD") and Plaintiff, Michael Ibezim ("Plaintiff") [DE 101], as well as the Settlement Agreement attached to the Joint Notice [DE 101-1]. According to the Joint Notice and Settlement Agreement, ATD reached a settlement agreement with Plaintiff's counsel, Emelike Nwosuocha, Esq., and his law firm, Mr. Nwosuocha P.A., LLC, whereby Mr. Nwosuocha will pay ATD $10,000 over the course of ten months. Once Mr. Nwosuchoa makes all of the payments, ATD will release Plaintiff from the Court's Judgment [DE 59]. The parties additionally request that the Court "continue to hold the contempt proceedings in

1

abeyance subject to Plaintiff's counsel's fulfillment of his obligations pursuant to the attached settlement agreement." [DE 101, p. 2].

The Court appreciates the parties' settlement of this entire matter. Based on the foregoing, and as stated in open court, it is hereby **ORDERED** as follows:

1. The Court hereby adopts the parties' settlement agreement [DE 101-1] and orders the parties to fully and timely comply with its terms.

2. The Court retains jurisdiction to enforce the terms of the settlement agreement.

3. The Court will hold in abeyance the contempt proceeding against Plaintiff, Mr. Nwosuocha, and Mr. Nwosuocha's law firm until August 2020 to give Mr. Nwosuocha the opportunity to comply with his obligations under the settlement agreement.

4. If Mr. Nwosuocha violates the terms of the settlement agreement, ATD shall promptly file a notice with the Court.

5. If Mr. Nwosuocha fully complies with the terms of the settlement agreement, ATD and Mr. Nwosuocha shall promptly file a joint notice with the Court.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 10th day of October, 2019.

WILLIAM MATTHEWMAN
United States Magistrate Judge

2